STEVEN W. MYHRE
Acting United States Attorney
ELHAM ROOHANI
Assistant United States Attorney
Nevada Bar Number 12080
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
elham.roohani@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DANNY FLORES,

Defendant.

Case No: 2:17-mj-00069-NJK

Stipulation to Continue the Preliminary Hearing
(Seventh Request)

IT IS HEREBY STIPULATED AND AGREED, by and between STEVEN W. MYHRE, Acting United States Attorney, and ELHAM ROOHANI, Assistant United States Attorney, counsel for the United States of America, and REBECCA LEVY, counsel for Defendant DANNY FLORES, that the preliminary hearing date in the above-captioned matter, currently scheduled for December 19, 2017, at 4:00 pm, be vacated and continued for sixty (60) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review the discovery, investigate possible defenses to the allegations, and discuss the case with the defendant to

determine how he wishes to proceed with the case.

2. The parties agree to the continuance.

3. Defendant FLORES is incarcerated but does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the 7th request for a continuation of the preliminary hearing.

DATED this 14th day of December, 2017.

Respectfully submitted,
STEVEN W. MYHRE
Acting United States Attorney

//s//
REBECCA LEVY, ESQ.
Counsel for Defendant
DANNY FLORES

//s//
ELHAM ROOHANI
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DANNY FLORES,

Defendant.

Case No: 2:17-mj-00069-NJK

ORDER

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel needs additional time to review the discovery, investigate possible defenses to the allegations, and discuss the case with the defendant to determine how he wishes to proceed with the case.
2. The parties agree to the continuance.
3. Defendant FLORES is incarcerated but does not object to the continuance.
4. Additionally, denial of this request for continuance could result in a miscarriage of justice.
5. The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.
6. The additional time requested by this stipulation, is allowed, with the

defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the 7th request for a continuation of the preliminary hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein to potentially resolve the case prior to indictment, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendants' consent, pursuant to Federal Rules of Procedure 5.1(d).

## ORDER

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for December 19, 2017, at the hour of 4:00 pm, be vacated and continued to February 26, 2018, at 4:00 p.m., in Courtroom 3C.

DATED 18th day of December, 2017.

THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE