RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org
Attorney for Danny Flores

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00351-JAD-VCF |
| Plaintiff, | Consent of Defendant |
| v. | |
| DANNY FLORES, | |
| Defendant. | |

Danny Flores, having requested permission to enter a plea of guilty, hereby gives written consent to review the Presentence Investigation Report by the Judge prior to acceptance of plea pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

By _____
REBECCA A. LEVY
Assistant Federal Public Defender

By _Elham Roohani_____
ELHAM ROOHANI
Assistant United States Attorney

By _DANNY FLORES_____
DANNY FLORES
Defendant

DATED this 6th day of December, 2018.

APPROVED:

_____

UNITED STATES DISTRICT JUDGE